# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| THOMAS R. JOHNSON ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 2:08-0033 |
| ) | Judge Trauger |
| JACKSON COUNTY SHERIFF'S ) | |
| DEPARTMENT, J.D. MASTERS, and ) | |
| TABITHA MASTERS | |

## **O R D E R**

On March 25, 2009, the Magistrate Judge issued a Report and Recommendation (Docket No. 22), to which no timely objections have been filed. The Report and Recommendation is ACCEPTED and made the findings of facts and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendants' Motion for Summary Judgment (Docket No. 21) is GRANTED, and this case is DISMISSED with prejudice.

It is so **ORDERED**.

ENTER this 16th day of April, 2009.

_____
ALETA A. TRAUGER
U.S. District Judge